1  CARLEEN R. ARLIDGE      SBN 079725
   Attorney At Law
2  111 West St. John Street, Suite 555
   San Jose, California 95113
3  Telephone:  (408) 288-8533
   Facsimile:  (408) 445-1861
4  E-Mail: craatty@aol.com

5  Attorney For Defendant

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   NO.  CR 17-0237 BLF
12                     Plaintiff,   )
                                    )
13 vs.                              )   DEFENDANT'S SENTENCING
                                    )   MEMORANDUM
14 SERGIO PADILLA LOPEZ,            )
                                    )
15                     Defendant.   )
   _____)
16

17        For the reasons set forth below, it is requested that the Court impose a 36 month sentence

18 of imprisonment.

19 I.        SENTENCING GUIDELINES

20        The defense agrees with the base offense level calculation of 31 [U.S.S.G.

21 §2D1.1(a)(5)(B)(ii), (c)(3)], as set forth in the Government's Sentencing Memorandum (Dkt. 109).

22 The defense also agrees with the application of -2 for the safety valve [U.S.S.G. §2D1.1(b)(17)] and

23 the -3 for acceptance of responsibility [U.S.S.G. §3E1.1(b)].

24        However, it is requested that the Court consider a -3 for mitigating role as authorized under

25 U.S.S.G. §3B1.2 as his role falls between a minor participant and a minimal participant.

26        In the event the Court determines Mr. Padilla-Lopez' mitigating role in the offense as in

27 between that of a minor participant and a minimal participant, the Adjusted Offense Level would be

28 23.  The resulting guideline range would then be 46 to 57 months.

1

II.     VARIANCE

Contrary to the Government's argument, there is no evidence that Mr. Padilla-Lopez was anything other than a courier who surmised from the circumstances that he had agreed to transport a package that contained either drugs or money, or both on a single occasion. To suggest that his "knowledge of and involvement in drug trafficking is likely greater than just this one delivery" is simply speculation and conjecture. Mr. Padilla-Lopez was not left alone to transport a package whose contents were actually known to him. Although the actual drug dealer may have been in another vehicle on the drive to Gilroy, as observed by law enforcement at the time, he always had Mr. Padilla-Lopez in sight. That Mr. Padilla-Lopez' conduct was "smooth and sure" is also not necessarily reflective of experienced drug delivery; it is equally reflective of someone who does what he is told, and is not furtive or nervous because he does not have knowledge of the actual value of the contents of the package.

As described in the presentence report, there is a basis for varying from the Guideline range. Further, in his attached letter to the Court Mr. Padilla-Lopez fully recognizes his error in judgment and accepts responsibility for what he did. Mr. Padilla-Lopez has no prior record and has been using his post-arrest time to self-reflect. As reflected in the attached certificates and class participation, Mr. Padilla-Lopez has taken substantial steps to better understand the role his use of alcohol and drugs played in his decision-making that brought him to his point.

Also, as can be seen through reading the attached letters, Mr. Padilla-Lopez has supportive family and friends who recognize his ability to be a person who can overcome difficulties, learn from his mistakes and who can live a law-abiding life.

The sentence recommendation by the probation officer of 60 months is a variance of 10 months less than the low end of the guidelines range as calculated in the presentence report. The request herein is that the Court impose a 36 month sentence, a variance of 10 months less than the law ende of the guidelines range proposed herein. Such a sentence would satisfy the factors listed at 18 U.S.C. § 3553(a).

Dated: June 15, 2019                              Respectfully submitted,

/s/ Carleen R. Arlidge, Attorney For Defendant

2

DEFENDANT'S LETTER

[*Handwritten:*]

Good morning Honorable Judge,

I stand before you on this day as the imperfect human being I am and due to my mistakes and actions, which brought me here before you, Honorable Judge.

However, I am also here before you to let you know about all the great changes I have made in my life, and I thank the Lord and my family for giving me their unconditional support. If it were not for them I do not think my life would have the same meaning or the same direction; I would not have the same goals I now have. Honorable Judge, all this situation, all this track record, this entire problem I find myself in has actually been quite helpful. Perhaps being jailed at Glenn Dyer Detention is not the best place to be, but I have found myself here and have been able to change my character, the way I speak, and the way I express myself. I now know how to listen to people and even give a good piece of advice whenever required. I have learned to share, to be humble and to help my fellow brother when he falters. Above all, I have learned how to be a better dad, a better son, a better brother, a better husband. I see people as they are, not based on what they have or are able to give. I have found God in this place and have accepted Him in my heart, which is something that has changed my outlook in life and has taught me how to stay in the righteous path and know how to chose distinguishing the good from the bad [*page break*] in order to avoid being wrong again and lead a good, healthy, happy life that is filled with peace. I want to enjoy my children all I can, see them grow and develop—and help them up again whenever they trip and fall. I want to provide them a good education and good principles. I want to enjoy my family and share unforgettable moments with them—create and forever keep memories of unforgettable moments in our hearts. This whole situation I am experiencing has opened my eyes completely. My blindfold has fallen from my eyes and I now realize things as they really are. I do not even take minor things in life for granted. I know who are the people that really matter. I was failing at many things, but thank God, I have found myself while incarcerated in this cell. I have been reflecting now that I have enough time to think about the good and bad in my 27 years of life. I am proud of the person I am now and that is why I give thanks to the Lord and my [*sic:*] families.

Honorable Judge, I would like to humbly apologize from the bottom of my heart to You and to the United States for the huge mistake I made. I am extremely remorseful for this entire situation. Never did I imagine I would get into a problem of this magnitude—not with the law or any other person.

I think I never new how to make the right choices when it came to making friends and joining the wrong crowd. I did not know how to make good choices. I believe and admit that had I followed my parents' advice, I would not be here today. However, I always thought everything I did and said was right. I wanted to make my

own decisions. Although I was young I thought I already knew about life, when in reality I was just getting my life started.

I am here because I made mistakes in my life and was unable to make the right decisions, but thank God and to this whole situation I am a new man, a renewed man eager to leave these four walls and show the world all I have learned, and all I have to offer. It does not matter how deep I have fallen, since I know how to get up again and learn from my mistakes and avoid falling again. I am aware that this life is very short to be tripping on the same rock again and again. I have to figure out how to get back and achieve my objectives and goals and complete my purpose, live in a wholesome way surrounded by people who really love me.

Honorable Judge, I promise to do my best whatever your decision may be. Today I promise to devote myself to my family and to God and stay on the right path because I doubt there are third chances. I promise to keep my body clean from drugs. This is a promise I have made to God: no drugs, become better in all aspects, and return to society as the better and renewed person I am thanks to my family, who is present for me and has not left me along the way. The same way [*page break*] I am suffering, they too are suffering along with me.

Thank you for everything and thank you Honorable Judge for taking the time to read my letter. Thank you. God bless you all today, tomorrow and throughout your life. Amen.

I thank my attorney for everything she has been doing for me and my family. God bless you and your family. Thank you.

Respectfully,
Sergio Padilla

**TRANSLATOR CERTIFICATION**

I HEREBY CERTIFY:

That the foregoing letter from Sergio Padilla-Lopez in reference to case **CR 17-237 BLF** has been faithfully and accurately translated from the Spanish language into the English language in accordance with my ability and knowledge of the aforementioned languages, as well as credentials which so authorize me.

Signed in San Rafael, California – April 4, 2019

John Judah Medina
Certified Court Interpreter

Certifications —
Administrative Office of the U.S. Courts (Spanish) # 716673
Judicial Council of California (Spanish) # 900040

Buenos Dias Honorable Jueza

"me presento ante usted este dia como el imperfecto Ser humano que soy y por el error y las acciones que me hacen estar aqui presente ante usted Honorable Jueza.

Pero tambien estoy aqui frente a usted Para dejarle saber todos los grandes Cambios que a tenido mi vida y le doy gracias a Dios y a mi familia por darme su apoyo incondicionalmente si no fuera por ellos no Creo que mi vida tuviera el mismo significado o el mismo rumbo no tendria las metas que tengo ahora. Honorable Jueza toda esta situacion toda esta travesia todo este problema en el que me encuentro me a ayudado bastante a lo mejor no es el mejor lugar estar encarcelado pero en Gleen Dyer Detention pude encontrarme a mi mismo pude cambiar mi forma de Ser, mi forma de hablar mi forma de expresarme; saber escuchar a la jente y hasta dar un buen Consejo si asi lo requiere me e enseñado a Ser Compartido, humilde y ayudar al hermano Caido pero sobre todo me a enseñado a Ser un mejor Papa un mejor hijo un mejor hermano un mejor Esposo. Mirar alas Personas por lo que son no por lo que tienen ni por lo pueden dar, aqui en este lugar e encontrado a Dios y lo e aceptado en mi Corazon eso es algo que a Cambiado mi forma de ver la vida me a enseñado a llevar un buen Camino a Saber elegir entre lo Bueno y lo Malo

Para no volver a equivocarme y llevar una vida
buena, sana, alegre y llena de paz.
Quiero disfrutar a mis hijos al maximo
verlos crecer, desarrollarce y ayudarlos a
levantarce si es que tropiezan y caen
darles una buena educacion y buenos principios
quiero disfrutar de mi familia compartir
momentos inoluidables con ellas tener
hacer y dejar memorias inoluidables momentos
que queden guardados en nuestros corazones
para siempre. Toda esta situacion que estoy
viviendo me a abierto los ojos completamente
se a caido la venda que los tapaba ahora me
doy cuenta de las cosas que en verdad cuentan
en la vida, saber valorar las mas minimas cosas
que la vida te trae y la jente que de verdad
importa son muchas cosas en las que estaba
fallando pero gracias a Dios me e encontrado
a mi mismo en este encierro en esta celda
e recapacitado e tenido el tiempo suficiente
para pensar todo lo malo y lo bueno que e echo
en mis 27 años de edad estoy orgulloso de la
persona que soy ahora y por eso le doy gracias a
Dios y a mis familias.
Honorable Jueza quiero pedirle disculpas
humildemente y de todo corazon y al gobierno
de los estados unidos por el error tan grande que
e cometido estoy sumamente arrepentido por toda
esta situacion nunca en mi vida me imagine
estar en un problema de tal magnitud ni con la
justicia ni con ninguna persona.
Creo que nunca supe escojer vien mis amistades
ni con la jente que convivia no supe tomar

Buenas decisiones si solo ubiera seguido los consejos de mis padres creo y lo afirmo que no estuviera aqui este dia pero uno piensa que siempre esta vien lo que uno hace o dise yo quise tomar mis propias decisiones por creer que siendo joven ya sabia de la vida cuando apenas la estaba empezando a vivir.

Estoy aqui por que estaba teniendo errores en mi vida y no saber tomar buenas decisiones pero gracias a Dios y a toda esta situacion soy un hombre nuevo un hombre Renovado sediento de salir de estas 4 paredes y demostrarle al mundo todo lo que e aprendido y todo lo que tengo para dar no importa que tan hondo cai si no saber levantarme y aprender de los errores y no volver a caer me doy cuenta que esta vida es muy corta para estar tropezando con la misma piedra una y otra vez hay que saber sacarle la vuelta y lograr nuestros objetivos nuestras metas para completar lo que nos propongamos vivir sanamente rodeado de las personas que en verdad me aman.

Honorable Jueza le prometo que voy a dar lo mejor de mi sea cual sea su decicion el dia de hoy prometo dedicarme a mi familia a Dios y llevar un buen camino por que no creo que haiga terceras oportunidades prometo mantener mi cuerpo limpio de Drogas y esta es una promesa que se la hice a Dios no Drogas ser mejor en todos los aspectos y regresar a la sociedad como una mejor y renovada persona que soy gracias a mi familia que este aqui presente y por no dejarme en esta travecia que hací como

yo sufri ellos tambien sufrieron con migo
gracias por todo y gracias su Honorable Jueza
Por tomarse el tiempo de leer mi curta
gracias que Dios los Bendiga hoy, mañana y
para toda la vida Amen.

gracias a mi Abogada por todo lo que hiso por
mi y mi familia que Dios la Bendiga a Usted y
Su familia gracias.

Sinceramente
Sergio Padilla

LETTERS OF SUPPORT

Maria Valdez

Addressed to Your Honorable Judge:

Firstly, I wish to send my kind regards and introduce myself as Sergio Antonio Padilla's sister.

I have known my brother for over 24 years—almost his entire life—and am able to express how he has evolved to always become a better person.  Since he was little he was a mischievous kid. In fact, he and I would always fight, but that was rare as time went on, as we became increasingly closer. That was thanks to our parents, who would always instill respect and the notion that family always comes first. Sergio has always put other people before himself and for that reason he still has the same friends he had when he was little and they are by his side. He did not like school, but he has always been a very hardworking person. He then brought a little girl and a boy into this world. He would give his life for his children if it came to that. I am sure he suffers for them most of all while being [*page break*] in custody between four walls.

Now, my brother made a bad decision. I realize any person may make a mistake as a human being. However, thank God there is still time for him to take the right path. He is no danger to society because he has already learned his lesson and I am more than sure that he will never wish to make any other similar mistake. We are very pleased to see that he has learned many things while inside. He has been taking classes and has followed the path of the Lord.

Thank you for reading this brief description of my brother Sergio. Having nothing further at this time, I say good-bye Honorable Judge.

—Maria Valdez—

05/16/2019

To Whom It May Concern:

By way of this letter I take the liberty to fully vouch for Sergio Antonio Padilla. I have known him since approximately age 13. I know he is a hardworking, peaceful person with good habits and able to carry out whatever work entrusted to him. I have the pleasure of knowing his parents and his sisters and I know they are a family with values and good habits. Throughout these years I have come to regard him as a brother. I have shared many good moments with him and he has been by my side at significant times in my life. We all have made some mistakes in life, but we learn from them and that is why we deserve a second chance to make amends. I know he is a good person, a good father and a good friend. That is why I take the liberty to fully vouch for him.

[*Signature:*]
Julio Estrada

*[Handwritten:]*

05/16/2019

To Whom It May Concern:

I hereby take the liberty to vouch for Sergio Antonio Padilla. I have the pleasure of knowing him since approximately six years ago. I met him through my husband, Julio Estrada, who considers him his best friend. Throughout these years I have seen him spend time with friends and family and know that he is a man of good habits; he is kind, respectful and has good values. I know how important family is to him, how he takes care of his son and how he communicates with his parents and sisters. I have seen him go through different stages of his life and know that he is a man who wishes to become successful doing what is right. He is a hardworking man with enthusiasm. Antonio is a positive man and has the kindness to always help and support others. That is why I take the liberty to completely vouch for him.

Gabriela A. Estrada

[*Handwritten:*]

I, Joel Franco, am Sergio A. Padilla Lopez's brother-in-law, and am able to attest and give my word that he is a good man to the fullest extent of the expression, based on the time I have spent with him since twelve years ago. I have always regarded him to be a hardworking man of good principles and truly devoted to his family.

As a family, we know he made a mistake and he has to pay back society for his offense. However, we also realize that any human being can make a mistake and it is wise to reflect. We know Sergio has learned from this test and that from now on he will be a better person and will think things over twice and a thousand times [*page break*] in order not to commit another offense such as the one at hand, since he is aware that he is not the only one suffering—his children suffer by not being able to be kissed and hugged by him and the family as a whole feels impotent not being able to do anything to decrease the time he may be sentenced to.

I have nothing left to say other than how we have noticed that Sergio has changed enormously by going through this situation. Fortunately and thank God this will be the test from which he will learn going forward in life.

Joel Franco

[*Handwritten:*]

By way of this letter I address Your Honor in order to write out a brief description of the life of my son, Sergio A. Padilla Lopez. As far as I am concerned, Sergio has always been a very restless kid since he was little. He loved playing with all his friends and was always very friendly and as a mother I can tell you that Sergio is an honest, hardworking man with clear moral principles. My husband and I always instilled in him the need to be a good son, a good brother, an excellent father, and above all, the best man for society. In these twenty-five years of his life while he was free he abided by everything we taught him. He has always been hardworking and as a parent, I can say that I have seen how he loves and bends over backwards for his children by looking for the way to provide for them. As a son he never caused me any distress to make me feel like a bad mother, until now in his life that [*page break*] due to the circumstances and a bad decision he made the huge error of his life, which has lead him to be kept in custody. He has always loved the freedom he does not have now. Since he was little he never learned to remain locked up. He enjoyed being out in the open like any other human being on Earth, and I can sure you that he has suffered more than anyone from this regrettable mistake. For that reason he is now suffering between those four walls, not being able to see his children, since they cannot travel to this country—yet dreaming and imagining the day God and yourself will allow him to regain his freedom. I do understand my son made a serious mistake and for that reason I acknowledge as a mother that he must serve a sentence, although that does not mean that as a family we do not feel sadly devastated seeing how he has been suffering since two years ago when he was incarcerated. Our only encouragement is seeing how Sergio has taken [*page break*] the straight and narrow path. The best thing in this world is to see how my son has surrendered fully to God's path and recognizes that what he did is not well regarded in the eyes of the Lord or Society. He tells us he is hanging in there doing what he can to overcome and that it is all in the hands of God, which somehow fills us with encouragement and relief, knowing that all this had a beginning and soon with the help of God will reach the end. [*End*]

[*Handwritten:*]

My name is Maria Lizeth Padilla Lopez and I am writing this letter to provide a brief summary of the life of my brother, Sergio Antonio Padilla Lopez, who is currently incarcerated in a California [*sic:*] prison.

I, as Sergio's sister, can assure any person in this world that my brother is a man of principles and good manners, since our parents raised us with love, respect and wisdom. Our parents did not wish for us to suffer like they did growing up. Sergio was the most desired boy in our family, since he is the only male and there are three of us females. I am the oldest at age 35 and can confirm that he had the loveliest of childhoods. He has always been a great brother, the best son and the excellent father of two beautiful children. He is the kind of human being who is always there to listen and give advise to whoever may be suffering. I consider him like another one of my kids, since I have been there with him when he was raised and have witnessed each and every one of his achievements, and it pains my soul that he has now stumbled and is in this terrible situation. We have always been a very close family always there for each other, and managed to overcome all setbacks life may bring—up until the time my brother forgot for some time all the effort and sacrifice our parents made throughout their lives so that we did not lack anything and become the best of human beings. [*page break*]

I will never forget a message that our mother would always tell us and emphasized to Sergio: To always pay close attention to the friends you keep, and unfortunately that was his greatest mistake. He thought there were no bad people in this world and always blindly trusted, which lead him to make the mistake that caused this situation he finds himself in, and which we feel unable to help him fix, since as a family we are aware that when we do wrong we have to take the consequences in order to learn from our mistakes and not make them again.

Now that life has dealt us this test we as a family are closer to each other than ever and despite all this misfortune we are proud of Sergio because this has taught him to be better in every regard and we now see he is more mature in his decisions and before God in his mind and heart with the sole desire for the day to arrive when we reunite and make up for the lost time this terrible test has stripped from us.

illa

[*Handwritten:*]

Tijuana, Baja California    January 14, 2018

To Whom It May Concern:

By means of this letter I state that I have known the Padilla Lopez family for over 24 years. They are an honest, respectable and hardworking family, including the son.

Sergio Antonio Padilla Lopez is a young member of the family who has not had any problems. He is hardworking, honest and very responsible. I have known him since he was one year old and is our neighbor and grew up in this subdivision.

Therefore, I have no reservations in vouching for him.

Respectfully,

Enrique F. Osuna Soriano



**COMPASS AUTOMOTIVE SA DE CV**

Av. Abraham Gonzalez #179 Col. Morelos
Tijuana, B.C.    C.P.22056
Tel 664 638 34 04 y 638 91 19

[*Typewritten:*]

Tijuana, Baja California         January 15, 2018

TO WHOM IT MY CONCERN:

I take the opportunity to advise you that **Mr. Sergio Antonio Padilla Lopez**, worked with us at COMPASS AUTOMOTIVE SA DE CV from JANUARY 09, 2011 through SEPTEMBER 11, 2015. I know for a fact that he is responsible and competent at work, having performed mainly the position of Warehouse Clerk and Customer Service. For the foregoing reason I have no reservations at all in vouching for his trustworthiness.

I am greatly appreciative in advance for the attention and opportunities You may be able to afford him. This letter is submitted for whatever legal intents and purposes the interested party may deem fit.

Arturo Borquez Gonzalez
General Manager
Telephone: 664 6 38 34 04 and 638 91 19

[*Company stamp:*]

COMPASS AUTOMOTIVE S.A. DE C.V.
RFC: CAU071018TY7
AV. ABRAHAM GONZALEZ 179 COL. MORELOS
TIJUANA, BAJA CALIFORNIA C.P. 22056
TEL. (664) 638 91 19

**TRANSLATOR CERTIFICATION**


I HEREBY CERTIFY:

That the foregoing letters in support of Sergio Padilla-Lopez in reference to case **CR 17-237 BLF** have been faithfully and accurately translated from the Spanish language into the English language in accordance with my ability and knowledge of the aforementioned languages, as well as credentials which so authorize me.


Signed in San Rafael, California – June 14, 2019


John Judah Medina
Certified Court Interpreter

Certifications —
Administrative Office of the U.S. Courts (Spanish) # 716673
Judicial Council of California (Spanish) # 3011317

Dear Judge,

My name is Anthony Valdez, I am brother in law to Sergio Padilla López. I am writing this letter in regards to discuss how Sergio was for the three years of knowing him. His actions around me were always in the best of his ability as a person, was always fun to be around and never a dull moment.

Me personally I seen him as a great man, a man who was always around his family when he had the chance. but also was always out with his friends but never seen him in problems, I never thought he would follow the wrong foot steps and get to the place he is in at the moment, I am sure he has learned his lesson for the bad he has done.

I hope this card is enough to help show my view on how I see Sergio Antonio.

May 14, 2019

Dear Sir or Madam,

I am writing in reference to the case that involves Sergio Antonio Padilla.

I have known Sergio Antonio Padilla for 10 years, and we are friends. I believe I am in position to speak to Sergio's moral character, so I hope you will take this letter into consideration when making your decision.

Sergio is, in short, a good person. He has always been kind, genuine, and willing to help with others, along with helping himself become the best possible. He has a strong will in striving to succeed, which is projected in his job, family and community. He is also known to be a man of integrity and constantly seeks to make sure he is doing what is in the best interest of the people who surround him and himself. As a human being we all make mistakes, however I am positive Sergio will clear his path from the mistakes he has made.

It must be difficult for you to make decisions like this when you do not actually know the person standing in front of you, so I hope you will like at my letter and the numerous others you are receiving, and understand that Sergio is the kind of person who people desire to continue to be surrounded with. That has to say something, so please let that be a factor in your decision.

Thank You,

*Kenia M*

Kenia I. Montoya

May 14, 2019

Dear Sir or Madam,

I am writing to you in regards to the case that involves Sergio Antonio Padilla.

I have known Sergio since 2004. Over the time lapse of 15 years and being close friends, I find myself in a well position to speak about his character. Sergio and I have been friends since a young age and eventually continued to grow our friendship in adulthood.

Sergio is a person who cares about the people who surround him. Family and friends are important to him, therefore always tries to be the best person possible. He is kind and loving and that can be demonstrated through the relationship he builds with the people he cares about. I have observed this over the years. His desire to succeed shows in his passion to learn new skills that will help him reach his goals. Overall, Sergio is a person who people want to be surrounded with by the kindness and caring affection he gives.

It must difficult for you to make a decision when you do not know the person standing in front of you, however, I ask you take this letter into consideration when making your decision. Sergio is a person whose absence has been devastating and us who consider him family would like to be blessed with his presence in the near future. After saying this, I hope this can be a factor when making a decision.

Thank You,

*Jose I Montoya*

Jose Ismael Montoya

Juan Sanchez-Diaz



To whom it may concern:

I have personally known, Sergio Antonio Padilla Lopez, for a few years now. Lopez is a very ambitious person, who will do anything in his power to help others. If someone was going through a hard time, Lopez will always do his best to cheer you up. Lopez is a very hard working man, who would go to work always happy. Lopez is also a very friendly man, who never looks for trouble. For the few years that I have known Lopez, he did not get in trouble. Also, Lopez is a very helpful man. Lopez will always help you, although you tell him that you do not need help. Lopez would always try to learn new things and better himself.

Sincerely,


Juan Sanchez-Diaz

**JUAN SANCHEZ Asset Protection Associate**
Store 5632, Market 449, Region 56
1804 East Ashlan Ave Fresno, Ca 93726
Phone: 559.470.6967 ext 100
Jmsanch.s05632.us@wal-mart.com
**Save Money. Live Better.**

POST-ARREST
REHABILITATION EFFORTS





# CERTIFICATE of COMPLETION

## Five Keys Schools & Programs

### Career Technical Education Program

This Certificate is Presented to

## Sergio Padilla

*In recognition of successful completion in*

## Parenting

Award Date: 03/22/2018

*Patricia Richard*

---

Patricia Richard, East Bay Regional Director





# CERTIFICATE of COMPLETION

## Five Keys Schools & Programs

### Career Technical Education Program

This Certificate is Presented to

## Sergio Padilla

*In recognition of successful completion in*

## Anger Management

Award Date: 04/16/2018

*Patricia Richard*

Patricia Richard, East Bay Regional Director




# CERTIFICATE of COMPLETION

## Five Keys Schools & Programs

### Career Technical Education Program

This Certificate is Presented to

## Sergio Padilla

*In recognition of successful completion in*

## Substance Abuse

Award Date: 04/16/2018

*Patricia Richard*

Patricia Richard, East Bay Regional Director



# CERTIFICATE of COMPLETION

## Five Keys Schools & Programs

### Career Technical Education Program



This Certificate is Presented to

## Sergio Padilla

*In recognition of successful completion in*

## CBI- Employment

Award Date: 04/16/2018

*Patricia Richard*

Patricia Richard, East Bay Regional Director

# STUDENT OF THE MONTH - MARCH

# Sergio Padilla

has demonstrated a commitment to personal growth and education as a flagship student in

## CBI: EMPLOYABILITY


FIVE KEYS
SCHOOLS AND PROGRAMS

PRESENTED BY: *Cherie McNaulty*

ON THIS DAY: April 30, 2018



# FIVE KEYS

CREATING OPPORTUNITIES THROUGH EDUCATION

## PROGRESS REPORT/SCHOOL PARTICIPATION

To: Honorable Judge     Date: February 28, 2018

Student: Sergio Padilla Lopez     PFN: UMA1624

Class Enrolled in: Parenting Inside /Out     Number of Days Attended: 15

Student has been enrolled since: September 20, 2017 Classes are once a week

Student has not been enrolled long enough to receive a Progress Report: _____

Assessment of student in the following areas: Participation + Attendance

*NOTE: This progress report is strictly for in class/independent student conduct and is not to be construed as an assessment of future behavior.*

| Assessment Areas | Exceptional | Good | Fair | Poor |
|---|---|---|---|---|
| Follows classroom and school rules | | ✓ | | |
| Demonstrates the desire to acquire academic achievement by completing all assignments and actively participates in class | | ✓ | | |
| Maintains focus on lesson objective | | ✓ | | |
| Demonstrates respect for self and others in class interactions | ✓ | | | |
| Meets deadlines and/or makes up assignments when necessary | | ✓ | | |
| Accepts responsibility for working collaboratively or individually in the learning process | | ✓ | | |
| Avoids disruptive activity that hinders or interferes with the learning process | ✓ | | | |

Vernita Careen

Five Keys Teacher Signature

P. Rickhl

Five Keys Operations Coordinator Signature

# parenting inside out®



## Background

*Parenting Inside Out (PIO)* is an evidence-based, cognitive-behavioral parent management skills training program created for incarcerated parents through a six-year collaboration of scientists, policy makers, practitioners, and instructional designers. Both the information in the program and the way the information is presented were informed by knowledge derived from research and practice. *PIO* appears on the National Registry of Evidence-based Programs and Practices (NREPP). It is a joint project of the Oregon Department of Corrections, the Oregon Social Learning Center and Pathfinders of Oregon.

**NREPP**

Included in SAMHSA's
National Registry of
Evidence-based
Programs and Practices

*PIO* is an outcomes-based, developmentally-focused program that helps parents promote healthy child adjustment, prevent child problem behavior, and interrupt a cycle of intergenerational criminality. During the *PIO* program parents develop and refine social interactional skills and citizenship behaviors they can use in all aspects of their lives and that will help them guide their children toward becoming positive, constructive adults.

*PIO* consists of classroom time involving learner-centered interactive skill building in Parent Management Training that is ultimately individualized to each parent's family. Parenting Coaches facilitate role-play practice, work individually with parents to create plans for child visits, are available to offer immediate coaching and guidance at child-centered events, and provide parents feedback and problem solving after their visits or phone calls with the child or the child's caregiver. *PIO* teaches parents a way of navigating life that uses healthy, pro-social skills to interact with children, partners, co-parents, officials, friends and family. *PIO* values the uniqueness of each person and invites others into caring, respectful relationships. With *PIO* training, incarcerated parents can be good parents and positive role models in their children's lives.

"I used communication and problem solving skills when I had a disagreement with my child's caregiver. I was able to communicate my feelings appropriately and was able to come to a positive solution." *Dad*

When my daughter was acting out on a visit I used non-violent discipline, put her on time out for two minutes, then had a conversation with her letting her know I love her and it's not her fault I'm in prison." *Mom*

"I really wanted to be a good dad, but I just really didn't know how. *PIO* has given me some great skills to parent my kids and to know what to do." *Dad*

The program is 60 hours, including homework. The topics covered in *Parenting Inside Out*:

**Week 1:** **Creating a Collaborative Learning Environment**
Getting Acquainted; Setting Goals for "Destination Adulthood"; The Family System

**Week 2:** **Communication and Problem Solving**
Effective Speaking Skills; Effective Listening Skills; Effective Problem Solving Skills

**Week 3:** **Connecting With Your Child**
Bonding Through Play and Reading; Connecting Through Letters, Calls and Visits; Connecting Through Emotion Coaching

**Week 4:** **Human Development**
Introduction to Human Development; The Child's Job and the Parent's Job; Brain Development



**Week 5:** **Healthy Families**
Adult Stage of Development; Family Meetings, Family Fun, and Family Identity; Building Family Identity

**Week 6:** **Parenting More Than One Child**
Sibling Relationships, Sibling Rivalry

**Week 7:** **Parenting Children as Individuals**
Nurturing Your Child's Temperament; Your Child's Love and Learning Languages;

**Week 8:** **Parenting Through Family Challenges**
The Family System; Your Values and a Plan for Parenting; Your Legacy and Your Future

**Week 9:** **Child Guidance**
Directions and Encouragement; Rules, Rewards and Consequences;

**Week 10:** **More Child Guidance**
Time Out and Privilege Removal; Parenting Adolescents; Advocating for Your Children

**Week 11:** **Transitioning to the Community and Parenting Practice**
Reintegrating into the Community; Going Home: Your Children and You; Dealing With Behavior Challenges

**Week 12:** **Preparing to Say Goodbye**
Catch-Up; Wrap-up and Closure; Graduation Preparation



"Giving parents the skills to parent their children in a healthy, positive way from prison can help the children overcome the trauma of separation." Dr. J. Mark Eddy, Ph.D, Partners for Our Children, University of Washington School of Social Work.



# PROGRESS REPORT/SCHOOL PARTICIPATION

To: Honorable Judge                                          Date: _3/6/2018_

Student: _Sergio Padilla Lopez_                  PFN: _UMA 624._

Class Enrolled in: _Substance Abuse /AngerMan._  Number of Days Attended: _21/20 weekly_

Student has been enrolled since: _9/14/2017_

Student has not been enrolled long enough to receive a Progress Report: _____

Assessment of student in the following areas:

*NOTE: This progress report is strictly for in class/independent student conduct and is not to be construed as an assessment of future behavior.*

| Assessment Areas | Exceptional | Good | Fair | Poor |
|---|---|---|---|---|
| Follows classroom and school rules | ✓ | | | |
| Demonstrates the desire to acquire academic achievement by completing all assignments and actively participates in class | ✓ | | | |
| Maintains focus on lesson objective | | ✓ | | |
| Demonstrates respect for self and others in class interactions | ✓ | | | |
| Meets deadlines and/or makes up assignments when necessary | | ✓ | | |
| Accepts responsibility for working collaboratively or individually in the learning process | ✓ | | | |
| Avoids disruptive activity that hinders or interferes with the learning process | ✓ | | | |

_Chere McNulty_

**Five Keys Teacher Signature**

_[signature]_

**Five Keys Operations Coordinator Signature**



# PROGRESS REPORT/SCHOOL PARTICIPATION

To: Honorable Judge

Date: 3/12/18

Student: Sergio Padilla

PFN: UMA 624

Class Enrolled in: English as a Second Language

Number of Days Attended: 19/23

Student has been enrolled since: July 10, 2017

class meets once a week

Student has not been enrolled long enough to receive a Progress Report: _____

Assessment of student in the following areas:

*NOTE: This progress report is strictly for in class/independent student conduct and is not to be construed as an assessment of future behavior.*

| Assessment Areas | Exceptional | Good | Fair | Poor |
|---|---|---|---|---|
| Follows classroom and school rules | | ✓ | | |
| Demonstrates the desire to acquire academic achievement by completing all assignments and actively participates in class | ✓ | | | |
| Maintains focus on lesson objective | ✓ | | | |
| Demonstrates respect for self and others in class interactions | ✓ | | | |
| Meets deadlines and/or makes up assignments when necessary | | ✓ | | |
| Accepts responsibility for working collaboratively or individually in the learning process | ✓ | | | |
| Avoids disruptive activity that hinders or interferes with the learning process | | ✓ | | |

_____
Five Keys Teacher Signature

_____
Five Keys Operations Coordinator Signature



# PROGRESS REPORT/SCHOOL PARTICIPATION

To: Honorable Judge      Date: _5/7/18_

Student: _Sergio Padilla_      PFN: _UMA624_

Class Enrolled in: _English as a Second Language_ Number of Days Attended: _23/30_

Student has been enrolled since: _July 10, 2017_    *(Class meets once per week)*

Student has not been enrolled long enough to receive a Progress Report: _____

Assessment of student in the following areas:

*NOTE: This progress report is strictly for in class/independent student conduct and is not to be construed as an assessment of future behavior.*

| Assessment Areas | Exceptional | Good | Fair | Poor |
|---|---|---|---|---|
| Follows classroom and school rules | | ✓ | | |
| Demonstrates the desire to acquire academic achievement by completing all assignments and actively participates in class | ✓ | | | |
| Maintains focus on lesson objective | ✓ | | | |
| Demonstrates respect for self and others in class interactions | ✓ | | | |
| Meets deadlines and/or makes up assignments when necessary | | ✓ | | |
| Accepts responsibility for working collaboratively or individually in the learning process | ✓ | | | |
| Avoids disruptive activity that hinders or interferes with the learning process | | ✓ | | |

_Judith A Sgao_
Five Keys Teacher Signature

_P. Roberte_
Five Keys Operations Coordinator Signature

# CERTIFICATE OF PARTICIPATION

## Sergio Padilla Lopez

has demonstrated a commitment to personal growth and education as a flagship student in

## SUBSTANCE ABUSE RECOVERY



PRESENTED BY: _M. B_

ON THIS DAY: *April 9, 2019*

# CERTIFICATE OF PARTICIPATION

## Sergio Padillalopez

has demonstrated a commitment to personal growth and education as a flagship student in

## CBI-SUBSTANCE ABUSE



FIVE KEYS
SCHOOLS AND PROGRAMS

PRESENTED BY:

ON THIS DAY:          September 11, 2018

# CERTIFICATE OF PARTICIPATION

# Sergio Padilla

has demonstrated a commitment to personal growth and education as a flagship student in

# ENGLISH AS A SECOND LANGUAGE



PRESENTED BY: _Judith B Square_

DATE: _October 1, 2018_



# PROGRESS REPORT

### SCHOOL & PROGRAM PARTICIPATION

To: <u>Honorable Judge</u>          Date: <u>October 1, 2018</u>

Student: <u>Sergio Padilla</u>          PFN: <u>UMA 624</u>          28/35

Class enrolled in: <u>ASE / GED / (ESL) High School Diploma</u>  Number of Days Attended: <u>28/35</u>

Student has been enrolled since: <u>July 10, 2017</u>

☐ Student has not been enrolled long enough to receive a Progress Report

### Assessment of student in the following areas:
*Note: This progress report is strictly for in class/independent study conduct and is not to be construed as an assessment of future behavior.*

| Assessment Area | Exceptional | Good | Fair | Poor |
|---|---|---|---|---|
| Follows classroom and school rules. | ✓ | | | |
| Demonstrates the desire to acquire academic achievement by completing all assignments and participating in class. | ✓ | | | |
| Maintains focus on lesson objective. | | ✓ | | |
| Demonstrates respect for self and others in all interactions. | ✓ | | | |
| Demonstrates self-discipline in the classroom setting. | ✓ | | | |
| Meets deadlines and/or makes up work when necessary. | ✓ | | | |
| Accepts responsibility for working collaboratively or individually in the learning process. | ✓ | | | |
| Avoids disruptive activity that hinders or interferes with the learning process. | | ✓ | | |

_____          _____
**Five Keys Teacher**          **Five Keys Administration Signature**

Revised 6/7/18 – MM



## Site-based Course Assignments

**Student:** Padilla, Sergio    **Birth Date:** ████████    ████  ████    ████  ████    **Gender:** M

### Anger Management - SEM1

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2017/09/14 | | | Traumatic Bonding: What is it? Recognize symptoms-worksheet/Connection to DV | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/09/28 | | | What Causes Anger? Discussion, Outside Inside Causes. Worksheet: Define my causes and reactions | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/10/05 | | | D.V./Relationship Red Flags/ Cycle of Violence Worksheet/Groups | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/10/12 | | | D.V. Power and Control Wheel/Ancestry/Where have your choices gotten you? Worksheet | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/10/19 | | | Expectations vs. Responsibilities/Worksheet and Responses | 10.0 | 10.0 | 100.00% | A+ | Y |

**Anger Management Overall Grade: A+**

### Substance Abuse - SEM1

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2017/09/14 | | | T4C L 24-1 Problem Solving Application-Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/09/19 | | | T4C L 24-2 Problem Solving Application 3and 4-Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/09/26 | | | T4C L 24-2 Problem Solving Application 5 and 6-Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/10/03 | | | T4C L 1: Intro-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/10/10 | | | T4C L 2: Active Listening-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/10/17 | | | T4C L 3: Asking Questions: Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 9.0 | 90.00% | A- | Y |
| 2017/10/24 | | | T4C L 4: Giving Feedback-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y |

**Substance Abuse Overall Grade: A+**

## Parenting - SEM1

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2017/09/20 | | | Advocacy Letter and Role Play / Learning Goal worksheet | 10.0 | 8.0 | 80.00% | B- | Y |
| 2017/09/27 | | | Common questions kids ask / reading/ process group | 10.0 | 0.0 | | | N |
| 2017/10/04 | | | Worksheet Rough Situations/ Role Play / class discussion | 10.0 | 8.0 | 80.00% | B- | Y |
| 2017/10/11 | | | Incarceration worksheet / How does it effect your family / 4 (Q & A) class discussion | 10.0 | 8.0 | 80.00% | B- | Y |
| 2017/10/18 | | | Worksheet/Healthy Partner Relationship/Class process group | 10.0 | 7.0 | 70.00% | C- | Y |

**Parenting Overall Grade: C+**

## Anger Management - SEM2

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2017/11/09 | | | Accountability: Dirty Dozen Worksheet/Crossword/ Responses | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/11/16 | | | The Changing Face of Family Violence: Worksheet define DV/Response HW What types of violence have you experienced? | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/11/16 | | | The Changing Face of Family Violence: Worksheet define DV/Response HW What types of violence have you experienced? round table discussion | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/11/30 | | | Listen/Stinkin' Thinkin'/Past Present Future-/Group Exercise-How Much Did You Hear?/HW Worksheet identify Thinking and decide what if how you can work on it | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/12/14 | | | Boundaries: Identify the types/Worksheet- Where did they come from? | 10.0 | 0.0 | | | N |

**Anger Management Overall Grade: A+**

## Parenting - SEM2

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2017/11/01 | | | Restoritive Parenting/ Worksheet-Parenting Autopilot/ Q&A group process | 10.0 | 0.0 | | | N |
| 2017/11/15 | | | Worksheet/ What kind of Parent would you like to be?/ Class discussion | 10.0 | 7.0 | 70.00% | C- | Y |
| 2017/11/29 | | | Continue process worksheet / what kind of parent I want to be | 10.0 | 8.0 | 80.00% | B- | Y |
| 2017/12/06 | | | Parenting Style Worksheet/ Identify the three parenting styles | 10.0 | 8.0 | 80.00% | B- | Y |
| 2017/12/13 | | | Tips for writing letters to children/ process and discussion | 10.0 | 8.0 | 80.00% | B- | Y |
| 2017/12/20 | | | Conversation Plan Worksheet/ | 10.0 | 8.0 | 80.00% | B- | Y |

Partner Relationship/Class
process group

**Overall Grade for Parenting: C+**


## Substance Abuse - SEM1

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/09/14 | | | T4C L 24-1 Problem Solving Application-Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/09/19 | | | T4C L 24-2 Problem Solving Application 3and 4-Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/09/26 | | | T4C L 24-2 Problem Solving Application 5 and 6-Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/03 | | | T4C L 1: Intro-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/10 | | | T4C L 2: Active Listening-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/17 | | | T4C L 3: Asking Questions: Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 9.0 | 90.00% | A- | Y | |
| 2017/10/24 | | | T4C L 4: Giving Feedback-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Overall Grade for Substance Abuse: A+**


## Anger Management - SEM2

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/11/09 | | | Accountability: Dirty Dozen Worksheet/Crossword/Responses | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/11/16 | | | The Changing Face of Family Violence: Worksheet define DV/Response HW What types of violence have you experienced? | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/11/16 | | | The Changing Face of Family Violence: Worksheet define DV/Response HW What types of violence have you | 10.0 | 10.0 | 100.00% | A+ | Y | |



# STUDENT ASSIGNMENTS & PROGRESS

| Student Name | Birth Date | Gender | SSID |
|---|---|---|---|
| Sergio Antonio Padilla | ██████ | ■ | █████ |

## Anger Management - SEM1

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/09/14 | | | Traumatic Bonding: What is it? Recognize symptoms-worksheet/Connection to DV | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/09/28 | | | What Causes Anger? Discussion, Outside Inside Causes. Worksheet: Define my causes and reactions | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/05 | | | D.V./Relationship Red Flags/ Cycle of Violence Worksheet/Groups | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/12 | | | D.V. Power and Control Wheel/Ancestry/Where have your choices gotten you? Worksheet | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/19 | | | Expectations vs. Responsibilities/Worksheet and Responses | 10.0 | 10.0 | 100.00% | A+ | Y | |

### Overall Grade for Anger Management: A+

## Parenting - SEM1

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/09/20 | | | Advocacy Letter and Role Play / Learning Goal worksheet | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/09/27 | | | Common questions kids ask / reading/ process group | 10.0 | 0.0 | | | N | |
| 2017/10/04 | | | Worksheet Rough Situations/ Role Play / class discussion | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/10/11 | | | Incarceration worksheet / How does it effect your family / 4 (Q & A) class discussion | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/10/18 | | | Worksheet/Healthy | 10.0 | 7.0 | 70.00% | C- | Y | |

| 2017/12/12 | | | T4C L 6: Pay Attention to Our Thinking-Concept Review, Discussion, Role-Play, Thinking Report Part II | 10.0 | 10.0 | 100.00% A+ | | Y | |

**Overall Grade for Substance Abuse: A+**

## Anger Management - SEM3

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/01/18 | | | Question and Answer Session: Relationships, Feelings, Anger Management, Change | 10.0 | 10.0 | 100.00% A+ | | Y | |
| 2018/01/25 | | | Accessing Shadow Self: Recognizing Core Beliefs and What Motivates Behavior/ Imagery exercise and questions | 10.0 | 10.0 | 100.00% A+ | | Y | |
| 2018/02/01 | | | Cognitive Distortions: Identify, Fixing, Worksheet to create awareness | 10.0 | 10.0 | 100.00% A+ | | Y | |
| 2018/02/08 | | | Recognizing Behavioral Patterns/Identify Unconscious Drivers | 10.0 | 10.0 | 100.00% A+ | | Y | |
| 2018/02/15 | | | Identifying Attachment Issues as Root of Anger and Addiction Issues | 10.0 | 10.0 | 100.00% A+ | | Y | |

**Overall Grade for Anger Management: A+**

## CBI- Employment - SEM3

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/01/11 | | | CBI:Session 6 Recognizing Risky Situations-Worksheet-Graph/HW Recognize Top 5 Risks | 10.0 | 0.0 | | | N | |
| 2018/01/18 | | | CBI: Session 7 High Risk Situations/Graphic Organizer Questionaire | 10.0 | 0.0 | | | N | |
| 2018/01/25 | | | CBI: Session 8 Recognizing Emotions Attached to Workplace/Worksheet to examine them in relation to physical sensations. | 10.0 | 10.0 | 100.00% A+ | | Y | |
| 2018/02/08 | | | CBI: Session 12 Self Control Strategies /Worksheet/ Practice | 10.0 | 10.0 | 100.00% A+ | | Y | |
| 2018/02/15 | | | CBI: Session 13 | 10.0 | 10.0 | 100.00% A+ | | Y | |

**Overall Grade for CBI- Employment: A+**

## Parenting - SEM3

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | experienced? round table discussion | | | | | | |
| 2017/11/30 | | | Listen/Stinkin' Thinkin'/Past Present Future-/Group Exercise-How Much Did You Hear?/HW Worksheet identify Thinking and decide what if how you can work on it | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/12/14 | | | Boundaries: Identify the types/Worksheet- Where did they come from? | 10.0 | 0.0 | | | N | |

**Overall Grade for Anger Management: A+**

## Parenting – SEM2

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/11/01 | | | Restoritive Parenting/ Worksheet- Parenting Autopilot/ Q&A group process | 10.0 | 0.0 | | | N | |
| 2017/11/15 | | | Worksheet/ What kind of Parent would you like to be?/ Class discussion | 10.0 | 7.0 | 70.00% | C- | Y | |
| 2017/11/29 | | | Continue process worksheet / what kind of parent I want to be | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/12/06 | | | Parenting Style Worksheet/ Identify the three parenting styles | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/12/13 | | | Tips for writing letters to children/ process and discussion | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/12/20 | | | Conversation Plan Worksheet/ Students were able to process conversation with caregiver | 10.0 | 8.0 | 80.00% | B- | Y | |

**Overall Grade for Parenting: C+**

## Substance Abuse – SEM2

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/11/14 | | | T4C L 5: Knowing Your Feelings-Concept Review, Discussion, Role-Play, Skills Practice Part I | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/11/28 | | | T4C L 5: Knowing Your Feelings-Concept Review, Discussion, Role-Play, Skills Practice Part II | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/12/05 | | | T4C L 6:Thinking Controls Our Behavior-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |

| 2018/02/08 | | | CBI: Session 12 Self Control Strategies /Worksheet/ Practice | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/02/15 | | | CBI: Session 13 | 10.0 | 10.0 | 100.00% | A+ | Y |

**CBI- Employment Overall Grade: A+**

## Parenting - SEM3

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2018/01/10 | | | Reading/Four Styles of Parenting/Five steps of Emotional Coaching | 10.0 | 0.0 | | | N |
| 2018/01/17 | | | Reading and Role Play/ Emotional Coaching your Children | 10.0 | 0.0 | | | N |
| 2018/01/24 | | | Worksheet/ Something to Think About/ Class discussion | 10.0 | 7.0 | 70.00% | C- | Y |
| 2018/01/31 | | | Worksheet/ Family Rituals / Class discussion / Students were able to create new rituals | 10.0 | 0.0 | | | N |
| 2018/02/07 | | | Reading / The Seven C's for Parenting / Class discussion and writing assignment | 10.0 | 7.0 | 70.00% | C- | Y |
| 2018/02/14 | | | Reading & Worksheet / Tips for Parenting more than one child / Treating Children as Individuals | 10.0 | 7.0 | 70.00% | C- | Y |
| 2018/02/21 | | | Parenting Quiz Worksheet / Students were able to process questions after the quiz | 15.0 | 10.0 | 66.67% | D | Y |

**Parenting Overall Grade: D+**

## Substance Abuse - SEM3

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2018/01/09 | | | T4C L 7: Pay Attention to Our Thinking-Concept Review, Discussion, Role-Play, Thinking Report | 0.0 | 0.0 | | | N |
| 2018/01/16 | | | T4C L 7 :Thinking Controls Our Behavior-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 0.0 | | | N |
| 2018/01/23 | | | T4C L 8: Recognize Risk-Concept Review, Discussion, Role-Play, Thinking Report | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/01/30 | | | T4C L 9: Use New Thinking-Concept Review, Discussion, Role-Play, Thinking Report | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/02/06 | | | T4C L 11: Understanding the Feelings of Others-Concept Review, Discussion, Role-Play, Skills Practice Part I | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/02/13 | | | T4C L 12: Making a Complaint-Concept Review, Discussion, Role-Play, Skill Practice | 10.0 | 0.0 | | | N |
| 2018/02/20 | | | T4C L 13: Making an Apology-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y |

**Substance Abuse Overall Grade: A+**

Students were able to process
conversation with caregiver

**Parenting Overall Grade: C+**

## Substance Abuse - SEM2

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2017/11/14 | | | T4C L 5: Knowing Your Feelings-Concept Review, Discussion, Role-Play, Skills Practice Part I | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/11/28 | | | T4C L 5: Knowing Your Feelings-Concept Review, Discussion, Role-Play, Skills Practice Part II | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/12/05 | | | T4C L 6:Thinking Controls Our Behavior-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2017/12/12 | | | T4C L 6: Pay Attention to Our Thinking-Concept Review, Discussion, Role-Play, Thinking Report Part II | 10.0 | 10.0 | 100.00% | A+ | Y |

**Substance Abuse Overall Grade: A+**

## Anger Management – SEM3

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2018/01/18 | | | Question and Answer Session: Relationships, Feelings, Anger Management, Change | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/01/25 | | | Accessing Shadow Self: Recognizing Core Beliefs and What Motivates Behavior/ Imagery exercise and questions | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/02/01 | | | Cognitive Distortions: Identify, Fixing, Worksheet to create awareness | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/02/08 | | | Recognizing Behavioral Patterns/Identify Unconscious Drivers | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/02/15 | | | Identifying Attachment Issues as Root of Anger and Addiction Issues | 10.0 | 10.0 | 100.00% | A+ | Y |

**Anger Management Overall Grade: A+**

## CBI- Employment - SEM3

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2018/01/11 | | | CBI:Session 6 Recognizing Risky Situations-Worksheet-Graph/HW Recognize Top 5 Risks | 10.0 | 0.0 | | | N |
| 2018/01/18 | | | CBI: Session 7 High Risk Situations/Graphic Organizer Questionaire | 10.0 | 0.0 | | | N |
| 2018/01/25 | | | CBI: Session 8 Recognizing Emotions Attached to Workplace/Worksheet to examine them in relation to physical sensations. | 10.0 | 10.0 | 100.00% | A+ | Y |

## Anger Management - SEM4

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2018/03/01 | | | Dysfunctional Roles in the Home-Questions, Discussion | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/03/08 | | | FEAR: Causes of anxiety, worry, and panic/Discussion on ways to work through it using mindfulness | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/03/15 | | | Do you bear ill will? Its causes and results/worksheet/group Discussion | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/03/22 | | | Identifying Attachment Issues as Root of Anger and Addiction Issues | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/03/29 | | | Iceberg: Drivers vs. Behaviors | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/04/12 | | | Iceberg: Drivers vs. Behaviors/Part II | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/04/19 | | | Emotional Intelligence: Worksheet/ Responsibility | 10.0 | 10.0 | 100.00% | A+ | Y |

**Anger Management Overall Grade: A+**

## CBI- Employment - SEM4

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2018/03/01 | | | Session 15-Social Skill 1: Dealing with Setbacks and Rejection. Create Success Resume | 0.0 | 0.0 | | | N |
| 2018/03/08 | | | Session 18: Answering a Complaint/Behavior Chain | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/03/15 | | | Session 19: Responding to an Accusation-Worksheet Homework | 10.0 | 0.0 | | | N |
| 2018/04/08 | | | Session 22 Identifying Emotions | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/04/12 | | | Session 25: Success Plan 1-3 | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/04/19 | | | Session 25:Success Plan 4-6 | 10.0 | 10.0 | 100.00% | A+ | Y |

**CBI- Employment Overall Grade: A+**

## Parenting - SEM4

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2018/02/28 | | | Reading & Worksheet / Giving Encouragement / Giving Direction Scenarios | 10.0 | 8.0 | 80.00% | B- | Y |
| 2018/03/07 | | | Reading/ Parenting Challenges After Reunification / Worksheet/ My Mission | 10.0 | 7.0 | 70.00% | C- | Y |
| 2018/03/14 | | | Family Tree / 52 Questions worksheet / Part 1 | 10.0 | 9.0 | 90.00% | A- | Y |
| 2018/03/21 | | | Reading / What You can do before Release / Class discussion | 10.0 | 8.0 | 80.00% | B- | Y |
| 2018/03/28 | | | Worksheet / Transition Plan / 5 Questions on Barriers to overcome | 10.0 | 9.0 | 90.00% | A- | Y |
| 2018/04/11 | | | Family Tree / 52 Questions worksheet / Part 2 | 15.0 | 15.0 | 100.00% | A+ | Y |
| 2018/04/18 | | | Reading / What can you do about | 10.0 | 8.0 | 80.00% | B- | Y |

**Substance Abuse - SEM4**

| Date Assigned | Date Due | Date Submitted | Assignment | Points Possible | Points Earned | Assign % | Calc Score | Affect % |
|---|---|---|---|---|---|---|---|---|
| 2018/02/27 | | | T4C L 14: Understanding the Feelings of Others-Concept Review, Discussion, Role-Play, Skills Practice Part I | 10.0 | 0.0 | | | N |
| 2018/03/06 | | | T4C L 14: Responding to Anger-Concept Review, Discussion, Role-Play, Thinking Report Part II | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/03/13 | | | T4C L 15: Negotiating-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/03/20 | | | T4C L 16 Problem Solving Skill 1: Stop and Think-Concept Review, Discussion, Role Play, Skill 1 | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/03/27 | | | T4C L 16 Problem Solving Skill 1: Stop and Think-Concept Review, Discussion, Role Play, Skill 1 Program Organizer | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/04/10 | | | T4C L 16: Thinking Check In: Concept Review, Discussion, Role-Play, Thinking Report Skill 2-6 | 10.0 | 10.0 | 100.00% | A+ | Y |
| 2018/04/17 | | | T4C L17 Problem Solving Skill1: Stop and Think Concept Review Discussion, Role-Play 17-3 | 10.0 | 10.0 | 100.00% | A+ | Y |

**Substance Abuse Overall Grade: A+**

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/01/10 | | | Reading/Four Styles of Parenting/Five steps of Emotional Coaching | 10.0 | 0.0 | | | N | |
| 2018/01/17 | | | Reading and Role Play/ Emotional Coaching your Children | 10.0 | 0.0 | | | N | |
| 2018/01/24 | | | Worksheet/ Something to Think About/ Class discussion | 10.0 | 7.0 | 70.00% | C- | Y | |
| 2018/01/31 | | | Worksheet/ Family Rituals / Class discussion / Students were able to create new rituals | 10.0 | 0.0 | | | N | |
| 2018/02/07 | | | Reading / The Seven C's for Parenting / Class discussion and writing assignment | 10.0 | 7.0 | 70.00% | C- | Y | |
| 2018/02/14 | | | Reading & Worksheet / Tips for Parenting more than one child / Treating Children as Individuals | 10.0 | 7.0 | 70.00% | C- | Y | |
| 2018/02/21 | | | Parenting Quiz Worksheet / Students were able to process questions after the quiz | 15.0 | 10.0 | 66.67% | D | Y | |

**Overall Grade for Parenting: D+**

## Substance Abuse - SEM3

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/01/09 | | | T4C L 7: Pay Attention to Our Thinking-Concept Review, Discussion, Role-Play, Thinking Report | 0.0 | 0.0 | | | N | |
| 2018/01/16 | | | T4C L 7 :Thinking Controls Our Behavior-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 0.0 | | | N | |
| 2018/01/23 | | | T4C L 8: Recognize Risk-Concept Review, Discussion, Role-Play, Thinking Report | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/01/30 | | | T4C L 9: Use New Thinking-Concept Review, Discussion, Role-Play, Thinking Report | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/02/06 | | | T4C L 11: Understanding the Feelings of Others-Concept Review, Discussion, Role-Play, Skills Practice Part I | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/02/13 | | | T4C L 12: Making a Complaint-Concept Review, Discussion, Role-Play, Skill Practice | 10.0 | 0.0 | | | N | |
| 2018/02/20 | | | T4C L 13: Making an | 10.0 | 10.0 | 100.00% | A+ | Y | |

Apology-Concept Review,
Discussion, Role-Play,
Skills Practice

**Overall Grade for Substance Abuse: A+**

## Anger Management - SEM4

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/03/01 | | | Dysfunctional Roles in the Home-Questions, Discussion | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Overall Grade for Anger Management: A+**

## Parenting - SEM4

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/02/28 | | | Reading & Worksheet / Giving Encouragement / Giving Direction Scenarios | 10.0 | 8.0 | 80.00% | B- | Y | |

**Parenting Overall Grade: B-**



# STUDENT ASSIGNMENTS & PROGRESS

| **Student Name** | **Birth Date** | **Gender** | **SSID** |
|---|---|---|---|
| Sergio Antonio Padilla | ███████ | █ | ███████ |

## Anger Management - SEM7

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/08/17 | | | Creating Shift: Identify actions that can create shift/recognize when and if shift has happened in your life and now what?-worksheet | 10.0 | 0.0 | | | N | |
| 2017/08/24 | | | Listen/Stinkin' Thinkin'/Past Present Future-/Group Exercise-How Much Did You Hear?/HW Worksheet identify Thinking and decide what if how you can work on it | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/08/31 | | | Victim Mentality? What is it? vs. Survivor/Worksheet-Define what does a victim look like/Have you ever been a victim? | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Overall Grade for Anger Management: A+**

## Parenting - SEM7

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/08/16 | | | Reading Worksheet on Forgiveness and Making Amends/ Group Process | 10.0 | 0.0 | | | N | |
| 2017/08/23 | | | The Radical Self Worksheet / Acceptance and Forgiveness / Process Group | 10.0 | 7.0 | 70.00% | C- | Y | |
| 2017/08/30 | | | Reading/ Preventing Violence in Youth / | 10.0 | 8.0 | 80.00% | B- | Y | |

Class discussion

| Date | Description | Points Possible | Points Earned | Assign % | | Affect |
|------|-------------|-----------------|---------------|----------|---|--------|
| 2017/09/06 | Worksheet/"I am a person who"/Shared answers and process group | 10.0 | 8.0 | 80.00% | B- | Y |
| 2017/09/13 | Parental Communication/ Reading/ Class discussion and process | 10.0 | 7.0 | 70.00% | C- | Y |

**Overall Grade for Parenting: c**

## Substance Abuse – SEM7

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---------------|----------|----------------|-------------|-----------------|---------------|----------|------------|----------|-------|
| 2017/08/15 | | | T4C L18 Problem Solving Skill 2: State the Problem- Concept Review, Discussion, Role Play 18-1 | 10.0 | 0.0 | | | N | |
| 2017/08/17 | | | T4C L19 Problem Solving Skill 3: Set a Goal Concept Review, Discussion, Role Play | 10.0 | 0.0 | | | N | |
| 2017/08/22 | | | T4C L20 Problem Solving Skills 1, 2, 3: Concept Review, Discussion, Role Play | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/08/29 | | | T4C L20 Problem Solving Skills 1, 2, 3: Concept Review, Discussion, Role Play wk 2 | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/08/31 | | | T4C L 21: Choices and Consequences- Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/09/05 | | | T4C L 22 Make a Plan- Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100,00% | A+ | Y | |
| 2017/09/07 | | | T4C L 23-1 Do and Eavluate: Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Substance Abuse Overall Grade: A+**



# STUDENT ASSIGNMENTS & PROGRESS

| **Student Name** | **Birth Date** | **Gender** | **SSID** |
|---|---|---|---|
| Sergio Antonio Padilla | ██████ | ■ | ██████ |

## Anger Management - SEM1

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/09/14 | | | Traumatic Bonding: What is it? Recognize symptoms- worksheet/Connection to DV | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/09/28 | | | What Causes Anger? Discussion, Outside Inside Causes. Worksheet: Define my causes and reactions | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/05 | | | D.V./Relationship Red Flags/ Cycle of Violence Worksheet/Groups | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/12 | | | D.V. Power and Control Wheel/Ancestry/Where have your choices gotten you? Worksheet | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/19 | | | Expectations vs. Responsibilities/Worksheet and Responses | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Overall Grade for Anger Management: A+**

## Parenting - SEM1

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/09/20 | | | Advocacy Letter and Role Play / Learning Goal worksheet | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/09/27 | | | Common questions kids ask / reading/ process group | 10.0 | 0.0 | | | N | |
| 2017/10/04 | | | Worksheet Rough Situations/ Role Play / class discussion | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/10/11 | | | Incarceration worksheet / How does it effect your family / 4 (Q & A) class discussion | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/10/18 | | | Worksheet/Healthy | 10.0 | 7.0 | 70.00% | C- | Y | |

Partner Relationship/Class
process group

**Overall Grade for Parenting: C+**

## Substance Abuse - SEM1

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/09/14 | | | T4C L 24-1 Problem Solving Application-Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/09/19 | | | T4C L 24-2 Problem Solving Application 3and 4-Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/09/26 | | | T4C L 24-2 Problem Solving Application 5 and 6-Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/03 | | | T4C L 1: Intro-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/10 | | | T4C L 2: Active Listening-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/10/17 | | | T4C L 3: Asking Questions: Concept Review, Discussion, Role Play, Skills Practice | 10.0 | 9.0 | 90.00% | A- | Y | |
| 2017/10/24 | | | T4C L 4: Giving Feedback-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Overall Grade for Substance Abuse: A+**

## Anger Management - SEM2

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2017/11/09 | | | Accountability: Dirty Dozen Worksheet/Crossword/ Responses | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/11/16 | | | The Changing Face of Family Violence: Worksheet define DV/Response HW What types of violence have you experienced? | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/11/16 | | | The Changing Face of Family Violence: Worksheet define DV/Response HW What types of violence have you | 10.0 | 10.0 | 100.00% | A+ | Y | |

| Date | | | | Points | Points | | | | |
|------|--|--|--|--------|--------|--|--|--|--|
| 2017/11/30 | | | Listen/Stinkin' Thinkin'/Past Present Future-/Group Exercise- How Much Did You Hear?/HW Worksheet identify Thinking and decide what if how you can work on it | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/12/14 | | | Boundaries: Identify the types/Worksheet- Where did they come from? | 10.0 | 0.0 | | | N | |

**Overall Grade for Anger Management: A+**

### Parenting – SEM2

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---------------|----------|----------------|-------------|-----------------|---------------|----------|-----------|----------|-------|
| 2017/11/01 | | | Restoritive Parenting/ Worksheet- Parenting Autopilot/ Q&A group process | 10.0 | 0.0 | | | N | |
| 2017/11/15 | | | Worksheet/ What kind of Parent would you like to be?/ Class discussion | 10.0 | 7.0 | 70.00% | C- | Y | |
| 2017/11/29 | | | Continue process worksheet / what kind of parent I want to be | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/12/06 | | | Parenting Style Worksheet/ Identify the three parenting styles | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/12/13 | | | Tips for writing letters to children/ process and discussion | 10.0 | 8.0 | 80.00% | B- | Y | |
| 2017/12/20 | | | Conversation Plan Worksheet/ Students were able to process conversation with caregiver | 10.0 | 8.0 | 80.00% | B- | Y | |

**Overall Grade for Parenting: C+**

### Substance Abuse - SEM2

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---------------|----------|----------------|-------------|-----------------|---------------|----------|-----------|----------|-------|
| 2017/11/14 | | | T4C L 5: Knowing Your Feelings-Concept Review, Discussion, Role-Play, Skills Practice Part I | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/11/28 | | | T4C L 5: Knowing Your Feelings-Concept Review, Discussion, Role-Play, Skills Practice Part II | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2017/12/05 | | | T4C L 6: Thinking Controls Our Behavior-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |

| Date 2017/12/12 | | | T4C L 6: Pay Attention to Our Thinking-Concept Review, Discussion, Role-Play, Thinking Report Part II | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Overall Grade for Substance Abuse: A+**


## Anger Management - SEM3

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/01/18 | | | Question and Answer Session: Relationships, Feelings, Anger Management, Change | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/01/25 | | | Accessing Shadow Self: Recognizing Core Beliefs and What Motivates Behavior/ Imagery exercise and questions | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/02/01 | | | Cognitive Distortions: Identify, Fixing, Worksheet to create awareness | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/02/08 | | | Recognizing Behavioral Patterns/Identify Unconscious Drivers | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Overall Grade for Anger Management: A+**


## CBI- Employment - SEM3

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/01/11 | | | CBI:Session 6 Recognizing Risky Situations-Worksheet-Graph/HW Recognize Top 5 Risks | 10.0 | 0.0 | | | N | |
| 2018/01/18 | | | CBI: Session 7 High Risk Situations/Graphic Organizer Questionaire | 10.0 | 0.0 | | | N | |
| 2018/01/25 | | | CBI: Session 8 Recognizing Emotions Attached to Workplace/Worksheet to examine them in relation to physical sensations. | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/02/08 | | | CBI: Session 12 Self Control Strategies /Worksheet/ Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Overall Grade for CBI- Employment: A+**


## Parenting - SEM3

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/01/10 | | | Reading/Four Styles of Parenting/Five steps of | 10.0 | 0.0 | | | N | |

| Emotional Coaching | | | | | | |
|---|---|---|---|---|---|---|
| 2018/01/17 | Reading and Role Play/ Emotional Coaching your Children | 10.0 | 0.0 | | | N |
| 2018/01/24 | Worksheet/ Something to Think About/ Class discussion | 10.0 | 7.0 | 70.00% | C- | Y |
| 2018/01/31 | Worksheet/ Family Rituals / Class discussion / Students were able to create new rituals | 10.0 | 0.0 | | | N |
| 2018/02/07 | Reading / The Seven C's for Parenting / Class discussion and writing assignment | 10.0 | 7.0 | 70.00% | C- | Y |
| 2018/02/14 | Reading & Worksheet / Tips for Parenting more than one child / Treating Children as Individuals | 10.0 | 7.0 | 70.00% | C- | Y |
| 2018/02/21 | Parenting Quiz Worksheet / Students were able to process questions after the quiz | 15.0 | 10.0 | 66.67% | D | Y |

**Overall Grade for Parenting: D+**

## Substance Abuse - SEM3

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/01/09 | | | T4C L 7: Pay Attention to Our Thinking-Concept Review, Discussion, Role-Play, Thinking Report | 10.0 | 0.0 | | | N | |
| 2018/01/16 | | | T4C L 7 :Thinking Controls Our Behavior-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 0.0 | | | N | |
| 2018/01/23 | | | T4C L 8: Recognize Risk-Concept Review, Discussion, Role-Play, Thinking Report | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/01/30 | | | T4C L 9: Use New Thinking-Concept Review, Discussion, Role-Play, Thinking Report | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/02/06 | | | T4C L 11: Understanding the Feelings of Others-Concept Review, Discussion, Role-Play, Skills Practice Part I | 10.0 | 10.0 | 100.00% | A+ | Y | |
| 2018/02/13 | | | T4C L 12: Making a Complaint-Concept Review, Discussion, Role-Play, Skill Practice | 10.0 | 0.0 | | | N | |
| 2018/02/20 | | | T4C L 13: Making an Apology-Concept Review, Discussion, Role-Play, Skills Practice | 10.0 | 10.0 | 100.00% | A+ | Y | |

**Overall Grade for Substance Abuse: A+**

**Parenting - SEM4**

| Date Assigned | Date Due | Date Submitted | Description | Points Possible | Points Earned | Assign % | Calc Score | Affect % | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2018/02/28 | | | Reading & Worksheet / Giving Encouragement / Giving Direction Scenarios | 10.0 | 8.0 | 80.00% | B- | Y | |

**Parenting Overall Grade: B-**