UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** June 18, 2019   **Time:** 9:33 – 10:10 A.M.   **Judge:** BETH LABSON FREEMAN

Total Time: 37 Minutes

**Case No.:** 5:17-cr-00237-BLF-4   **Case Name:** UNITED STATES v. Sergio Antonio Padilla-Lopez

**Attorney for Plaintiff:** Scott Simeon
**Attorney for Defendant:** Carleen Arlidge for Sergio Antonio Padilla-Lopez - P/C/I

**Deputy Clerk:** Tiffany Salinas-Harwell   **Court Reporter:** Irene Rodriguez
**Interpreter:** Lupita Arce - Spanish   **Probation Officer:** Kyle Pollak

## PROCEEDINGS

**SENTENCING**

**Sentencing Hearing held.**

The Defendant is Sentenced as to COUNT 5 of the INDICTMENT filed on 5/04/2017 to the Custody of the Bureau of Prisons for a term of 36 months; Followed by a term of 3 years Supervised Release.

The Defendant is Ordered to pay a Special Assessment in the amount of $100.00; Fine Ordered Waived.

The Court recommends the Defendant be housed in a Facility in California.

The Government Moves to Dismiss Count 6 of the Indictment filed on 5/04/2017. The Court GRANTS the Government's request.

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Tiffany Salinas-Harwell*
**Courtroom Deputy**

Original E-Filed